# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER,** Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**DISH ONE SATELLITE, LLC,**<br><br>Defendant. | Case No.: 15-cv-02218-CBM-DTBx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [96]**<br><br>**Judge**: Hon. Consuelo B. Marshall |

Having considered the parties' Stipulation To Continue Deadline For Motion For Preliminary Approval of Class Action Settlement, and finding good cause, the Court hereby GRANTS the joint stipulation and ORDERS as follows:

1. The deadline for Plaintiff to file a motion for preliminary approval of class action settlement is continued from February 21, 2017 to March 7, 2017; and

2. The hearing on said motion is continued from March 14, 2017 to **APRIL 4, 2017 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: February 17, 2017

_____
Hon. Consuelo B. Marshall
United States District Judge