1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARRIE COUSER, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DISH ONE SATELLITE, LLC,<br><br>  Defendant. | Case No.  5:15-cv-02218-CBM-DTBx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [98]**<br><br>*Judge: Honorable Consuelo B. Marshall* |

Having considered the parties' Stipulation To Continue Deadline For Motion For Preliminary Approval of Class Action Settlement, and finding good cause, the Court hereby GRANTS the joint stipulation and ORDERS as follows:

1. The deadline for Plaintiff to file a motion for preliminary approval of class action settlement is continued from March 7, 2017 to March 21, 2017; and

2. The hearing on said motion is continued from April 4, 2017 to April 18, 2017 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: March 8, 2017

_____
Hon. Consuelo B. Marshall
United States District Judge