# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER,** Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**DISH ONE SATELLITE, LLC,**<br><br>Defendant. | Case No.: 15-cv-02218-CBM-DTBx<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE FOR MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [100]**<br><br>**Judge**: Hon. Consuelo B. Marshall |

Having considered the parties' Stipulation To Continue Deadline For Motion For Preliminary Approval of Class Action Settlement filed on March 21, 2017, and finding good cause, the Court hereby GRANTS the joint stipulation and ORDERS as follows:

1. The deadline for the parries to file a joint motion for preliminary approval of class action settlement is continued from March 21, 2017 to March 24, 2017; and

2. The hearing on said motion remains April 18, 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 22, 2017

                                         Hon. Consuelo B. Marshall
                                         United States District Judge