**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[Additional Counsel On Signature Page]

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER, on behalf of herself and all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISH ONE SATELLITE, LLC,**<br><br>**Defendant.** | **Case No.:** 15-cv-02218-CBM-DTB<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARD**<br><br>**DATE**: November 14, 2017<br>**TIME**: 11:00 a.m.<br>**CRTRM**: 8B<br>**JUDGE**: Hon. Consuelo B. Marshall |

## TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Carrier Couser will and hereby does move for an award of attorneys' fees, costs and service award pursuant to Fed. R. Civ. P. 23(h) on November 14, 2017, at 11:00 a.m., at the U.S. District Court, 350 W. 1st Street, Los Angeles, CA, 90012, before the Hon. Consuelo B. Marshall, Courtroom 8B.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the Bills of Costs (form CV-59), the First Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: July 19, 2017

**KAZEROUNI LAW GROUP, APC**

By: /s Abbas Kazerounian
  ABBAS KAZEROUNIAN, ESQ.
  ATTORNEYS FOR PLAINTIFF

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022
*Attorneys for Plaintiff*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
*Attorneys for Plaintiff*